# United States Court of Appeals

## Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | | |
|---|---|---|
| David J. Smith<br>Clerk of Court | www.ca11.uscourts.gov | Amy C. Nerenberg<br>Chief Deputy Clerk |

March 18, 2021

Larry E. Klayman
Klayman Law Group, PA
7050 W PALMETTO PK RD 15-287
BOCA RATON, FL 33433

Appeal Number: 21-10480-BB
Case Style: Jerome Corsi v. Newsmax Media Inc., et al
District Court Docket No: 9:20-cv-81396-RAR

Dear Mr. Klayman:

According to our records, you are not admitted to practice before the Court. Therefore, you cannot represent the Appellant in this appeal. Further proceedings in this appeal have been stayed for 60 days from the date of this letter to allow the Appellant to seek new counsel or advise the Court that he wishes to proceed pro se. You may wish to inform your client that he has 60 days to take such action.

This appeal will be reinstated to the active docket upon the entry of an appearance by another attorney or receipt of the Appellant's written response stating that he wishes to proceed pro se. If we do not receive an appearance from the Appellant's new attorney within 60 days from the date of this letter, the appeal will be reinstated to the active docket as a pro se appeal.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Richardson, BB
Phone #: (404) 335-6174